UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS

Demetrius Hemphill )
Plaintiff )
)
vs. )
) Case No. _____
David P. Matthews; Conrad )
E. Adams; Matthews & )
Associates )
) SCANNED at PCC and E-Mailed
) 08.07.15 (date) by SP (initials)
) 18 (# of pages)
Defendant(s) )

## COMPLAINT

☐ 42 U.S.C. §1983 (suit against state officials for constitutional violations)

☐ 28 U.S.C. § 1331 (suit against federal officials for constitutional violations)

☒ Other   28 U.S.C. § 1332

Please note: This form has been created for prisoners but can be adapted for use by non-prisoners.

Now comes the plaintiff, Demetrius Hemphill , and states as follows:

My current address is: 700 W. Lincoln St., Pontiac, IL. 61764

The defendant David P. Matthews , is employed as Attorney At Law at 2905 Sackett St., Houston, TX 77098

The defendant Conrad E. Adams , is employed as Attorney At Law at 2905 Sackett St., Houston, TX 77098

(1)

The defendant <u>Matthews & Associates</u>, is employed as <u>"The Law Firm"</u>
at <u>2905 Sackett St., Houston, TX 77098</u>

The defendant _____, is employed as _____
at _____

The defendant _____, is employed as _____
at _____

(revised 9/96)

Additional defendants and addresses _____

For additional plaintiffs or defendants, provide the information in the same format as above on a separate page.

## LITIGATION HISTORY

A. Have you brought any other lawsuits in state or federal court dealing with the same facts involved in this case?     Yes ☐     No ☒

If yes, please describe

_____

_____

_____

B. Have you brought any other lawsuits in state or federal court while incarcerated?
    Yes ☒    No ☐

C. If your answer to B is yes, how many? <u>2</u>   Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

1. Parties to previous lawsuit:
   Plaintiff(s)  <u>Demetrius Hemphill</u>
   Defendant(s) <u>S.A. Godinez, et al.</u>

2. Court (if federal court, give name of district; if state court, give name of county)

(2)

_Central District of Illinois_

3. Docket Number/Judge
   _14-CV-01475 (Michael Mihm)_

4. Basic claim made
   _Conditions of Confinement_

5. Disposition (That is, how did the case end. Was the case dismissed? Was it appealed? Is it    still pending?)
   _Still Pending_

6. Approximate date of filing of lawsuit    _2014_

7. Approximate date of disposition
   _N/A_

For additional cases, provide the above information in the same format on a separate page.

## EXHAUSTION OF ADMINISTRATIVE REMEDIES

A. Is there a grievance procedure available at your institution?   Yes ☒   No ☐

B. Have you filed a grievance concerning the facts relating to this complaint?   Yes ☒   No ☐   If your answer is no, explain why not
_I do not have to file a grievance because this is not a prison conditions case. See Mitchell v. Brown & Williamson Tobacco Group, 294 F.3d 1309 (11th cir. 2002)_

C. Is the grievance process completed?   Yes ☐   No ☒

PLEASE NOTE: THE PRISON LITIGATION REFORM ACT BARS ANY

INCARCERATED PERSON FROM BRINGING SUIT CONCERNING THE CONDITIONS OF HIS CONFINEMENT UNLESS AND UNTIL HE HAS EXHAUSTED AVAILABLE ADMINISTRATIVE REMEDIES. PLEASE ATTACH COPIES OF MATERIALS RELATING TO YOUR GRIEVANCE.

Litigation History Continued...

1. Parties to Previous Lawsuit:
   Plaintiff(s): Demetrius Hemphill
   Defendant(s): Michael P. Randle, et al.

2. Court: Northern District of Illinois
3. Docket Number: 12-CV-1406 — Sara Ellis
4. Basic Claim made: Failure To Protect
5. Disposition: Still Pending
6. Approximate date of filing: 2014

## STATEMENT OF CLAIM

Place of the occurrence  Illinois/Texas/Georgia

Date of the occurrence  August 2014 - July 2015

Witnesses to the occurrence

State here briefly the FACTS that support your case. Describe how EACH defendant is involved. Do not give any legal arguments or cite cases or statutes. Number each claim in a separate paragraph. Unrelated claims should be raised in a separate civil action.

THE COURT STRONGLY URGES THAT YOU USE ONLY THE SPACE PROVIDED.

① In August of 2014 I signed power of attorney over to David P. Matthews, attorney at law and partner in the law firm of Matthews and Associates to represent me in possible litigation regarding medication - Risperdal. See attached August 5, 2014 letter.

② I sent Matthews and Associates a detailed questionaire and copies of my confidential medical records regarding my psychiatric treatment at Pontiac Correctional Center and other prisons within IDOC.

③ In July of 2015 I wrote Matthews & Associates to inquire about the status of my claim/case and the evaluation and questionairee I returned to them with my medical records.

④ On July 22, 2015, David P. Matthews wrote me saying that they returned my medical records in February 2015. See attached July 22, 2015 letter.



(5) David P. Matthews attached a January 28, 2015 letter to his letter. This letter was from Conrad E. Adams. In this January 28, 2015 Conrad Adams says that my address was as follows:

    Demetrius Hemphill
    Calhoun State Prison
    P.O. Box 249 # 697327
    Morgan, GA 39866   See attached letter.

(6) But that is not my address and never has been my address. I have never been in prison in Georgia and defendants sent my medical records to another prisoner in another state.

(7) Defendants David P. Matthews, Conrad E. Adams, and the firm of Matthews & Associates owed me a duty to keep my confidential medical records out of the hands of other prisoners.

(8) Defendants breached their duty to plaintiff by sending my confidential medical records to another prisoner in another state and committed legal malpractice, negligence and violated the Privacy Act.

(6)

## RELIEF REQUESTED

(State exactly what relief you want from the court.)

(A) Issue a declaratory judgment stating that defendants Matthews, Adams, and Matthews & Associates committed legal malpractice, negligence, and violated the Privacy Act.

(B) Award compensatory damages jointly and severally against defendants Matthews, Adams, and Matthews & Associates for $150,000 for the emotional injuries sustained as a result of the exposure of plaintiff's confidential medical records;

(C) Award punitive damages jointly and severally against defendants Matthews, Adams and Matthews & Associates for $150,000.

(D) Grant such other relief as it may appear that plaintiff is entitled.

**JURY DEMAND**  Yes ☒  No ☐

Signed this 2nd day of August, 2015.

(Signature of Plaintiff) Demetrius Hemphill

Name of Plaintiff: Demetrius Hemphill

Inmate Identification Number: N84682

Address: 700 W. Lincoln St. P.O. Box 99

Telephone Number:


**MATTHEWS & ASSOCIATES**
2905 SACKETT ST.
HOUSTON, TEXAS 77098

**RISPERDAL LITIGATION TEAM**
ATTORNEYS AND COUNSELORS AT LAW

**FREESE & GOSS, PLLC**
3031 ALLEN STREET, SUITE 200
DALLAS, TEXAS 75204



Toll-Free 1-888-917-9179
Mail To: Houston office

August 5, 2014

Demetrius Hemphill
P.O. Box 99
N-84682
Pontiac, IL  61764

Re:     Potential Risperdal Case No. 309318

Dear Sir/Madam:

Thank you for giving our firms the chance to handle your potential Risperdal claim. In order to begin, please complete the enclosed power of attorney, questionnaire, and medical authorization. Please <u>do not date</u> the enclosed medical authorization. We will use this authorization to obtain all the medical records necessary to evaluate your case. Please note that our firm may use a records service to obtain your records, and your records may be electronically transmitted.

We are pursuing Risperdal claims only on behalf of males diagnosed with gynecomastia (abnormal <u>breast growth</u>), galactorrhea (breast milk-like secretions), <s>swollen breasts</s>, and/or enlarged nipples. If a doctor has not yet diagnosed any of these conditions, we ask that you consult one immediately. Once a diagnosis is obtained, please advise our office so that we can obtain those medical records.

In order to start the evaluation process, we need to receive a signed power of attorney and medical authorization, along with a completed questionnaire. The required documents can be sent by mail to our Houston office (a self-addressed, stamped envelope is enclosed); faxed to 713-535-7133; or emailed to risperdal@dmlawfirm.com.

If you have any questions concerning these documents or any other matter, please call our Risperdal department at 1-888-917-9179. We look forward to helping you with your Risperdal claim.

Sincerely,

David P. Matthews

Encl.

BIRMINGHAM   •   DALLAS   •   HOUSTON   •   JACKSON   •   NEW YORK




2905 SACKETT STREET
HOUSTON, TEXAS 77098
713-522-5250
888-520-5202
713-535-7184 FAX

# MATTHEWS & ASSOCIATES
ATTORNEYS & COUNSELORS AT LAW

www.dmlawfirm.com

*REPLY TO HOUSTON OFFICE

244 FIFTH AVENUE # 2882
NEW YORK, NEW YORK 10001
212-726-1435
888-520-5202
FAX 713-535-7184

**CONFIDENTIAL ATTORNEY COMMUNICATION**

July 22, 2015

Demetrius Hemphill #N-84682
Pontiac Correctional Center
P.O. Box 99
Pontiac, IL 61764

Re:   Risperdal Case No. 309318

Dear Mr. Hemphill:

Enclosed is a copy of the release letter we sent you on January 28, 2015. We also returned your medical records in February, 2015 and reminded you then, in writing, that we no longer represent you. Because we no longer represent you, we will no longer correspond with you in this regard.

Sincerely,

David P. Matthews

DPM/AP

| | | |
|---|---|---|
| 2905 SACKETT STREET<br>HOUSTON, TEXAS 77098<br>713-522-5250<br>888-520-5202<br>713-535-7184 FAX | **MATTHEWS & ASSOCIATES**<br>ATTORNEYS & COUNSELORS AT LAW<br>www.dmlawfirm.com | 244 FIFTH AVENUE # 2882<br>NEW YORK, NEW YORK 10001<br>212-726-1435<br>888-520-5202<br>FAX 212-726-3435 |

January 28, 2015

<u>VIA PRIORITY MAIL NO. 9405512699350054828649
& FIRST CLASS MAIL</u>
Demetrius Hemphill
Calhoun State Prison
PO Box 249 #697327
Morgan, GA 39866

   Re: Risperdal Case No. 309318

Dear Mr. Hemphill:

  Thank you for contacting Matthews & Associates and Freese & Goss P.L.L.C. with regard to your Risperdal claim. Regrettably, our preliminary research has caused us to conclude that, in our opinion, the level of legal, scientific, and/or evidentiary support for this Risperdal claim is not sufficient to enable us to continue to pursue your claims in the legal system. Thus, we will not serve as your attorney or otherwise take any further action on your behalf in connection with this matter.

  <u>**Please note that other lawyers or law firms may have a different opinion regarding this claim and may be willing to represent you in this matter**</u>. <u>If you are still interested in pursuing your Risperdal claim, we encourage you to consult another attorney promptly in order to preserve the ability to bring a lawsuit in this matter.</u>

  Claims such as these must be filed in court within a certain period of time after a date determined by law. If a lawsuit is not filed within that time, you may be barred by the statute of limitations from ever asserting a claim. The length of the statute of limitations may vary depending on the nature of the claim and which state's law is controlling.

  Should another lawyer or law firm agree to represent you with regard to your Risperdal claim, please feel free to have them contact us with regard to your file.

  We wish you well and hope that if we may be of assistance to you on any other matter in the future, you will not hesitate to contact us.

            Sincerely,

            Conrad E. Adams

CA/SP

cc: All counsel